**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. C-12-04908 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| EASTSHORE PROPERTIES, | |
| Defendant(s). | |

Pursuant to the Scheduling Order issued upon the filing of Plaintiff's Complaint, the last day for the parties to file a "Notice of Need for Mediation" was on or around February 13, 2013. No such notice was filed. Accordingly, Plaintiff is hereby ordered to submit a statement updating the court on the status of this case by **no later than March 22, 2013.**

IT IS SO ORDERED.

Dated: March 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge