UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. C-12-04908 DMR |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| EASTSHORE PROPERTIES, | |
| Defendant(s). | |

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the Settlement Agreement. *See* Docket No. 9.

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: June 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge